**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Moises Ochoa Mauricio, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 26-CV-10895-AK |
| v. ) | |
| ) | |
| Antone Moniz, et al, ) | |
| ) | |
| Respondent (s). ) | |
| ) | |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 10] entered on 3/3/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

**DISMISSED**.

Dated: 3/12/2026                                                     By the Court,

/s/ Courtney Horvath
Deputy Clerk